■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT BURGESS, Appellant. [619 NYS2d 555] —Judgment, Supreme Court, New York County (Franklin Weissberg, J.), rendered April 13, 1993, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 11 to 22 years, unanimously affirmed.

The record reveals that trial counsel made the appropriate pretrial motions and negotiated a favorable plea, and does not otherwise support defendant's contention that due to ineffective representation his plea was not knowing, intelligent and voluntary *(see, People v Kirkland,* 192 AD2d 414, *lv denied* 81 NY2d 1075). Nor do we perceive any abuse of sentencing discretion. Concur—Wallach, J. P., Ross, Rubin, Nardelli and Tom, JJ.

■ HOWARD D. DEUTSCH, Appellant, v JESSICA E. DEUTSCH, Respondent. [618 NYS2d 800] —Order, Supreme Court, New York County (Lewis Friedman, J.), entered on or about September 13, 1993, which, *inter alia,* awarded defendant temporary child support of $775 a week for each of the parties' two children and tax free temporary maintenance of $1,250 a week, unanimously affirmed, without costs.

The temporary award in favor of defendant was not an abuse of discretion given a marriage of nearly 20 years that involved a lavish lifestyle financed by earnings of plaintiff that far surpassed that of defendant, and plaintiff's failure to provide complete disclosure of his finances (22 NYCRR 202.16 [k] [5]). Plaintiff's remedy for any inequities in the award is a prompt trial *(Williamson v Williamson,* 196 AD2d 743). Concur—Wallach, J. P., Ross, Rubin, Nardelli and Tom, JJ.